```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

MARION CHAD SPEARS                                        PETITIONER

VS.                          CIVIL ACTION NO. 3:22-cv-201-TSL-BWR

SUPERINTENDENT BRAND
HUFFMAN                                                   RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Bradley W. Rath, entered January 26, 2023, and the court, having fully reviewed the report and recommendation, and being duly advised in the premises, and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court. It follows that Petitioner Marion Chad Spears's Petition for Writ of Habeas Corpus is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 17th day of February, 2023.

<u>/s/ Tom S. Lee</u>
          UNITED STATES DISTRICT JUDGE